Argued and submitted May 28, affirmed November 17, 1993

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD LAWSON DeCAMP,
*Appellant.*

(92CR-0061MS; CA A74149)

862 P2d 115

Sally L. Avera, Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and J. Dean Taylor, Assistant Attorney General, filed the brief for appellant.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156, *rev den* 317 Or 272 (1993).